IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY MULLEN,<br>    Plaintiff,<br><br>    v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY,<br>    Defendant. | CIVIL ACTION<br><br><br><br><br><br>NO. 13-6348 |

**O R D E R**

**AND NOW**, this 8th day of April 2014, upon consideration of Defendant's Motion to Dismiss for Lack of Jurisdiction or, in the Alternative, for Transfer, filed on February 7, 2014 (ECF 8), Plaintiff's response thereto, filed on February 21, 2014 (ECF 9), and Defendant's Reply in Support of its Motion, filed on February 28, 2014 (ECF 10), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss is DENIED and Defendant's Motion to Transfer Venue is GRANTED. Accordingly, this action will be transferred to the Western District of Pennsylvania.

**BY THE COURT:**

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**