IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY MULLEN,<br>    Plaintiff,<br><br>    v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY,<br>    Defendant. | CIVIL ACTION<br><br><br><br><br><br>NO. 13-6348 |

**O R D E R**

**AND NOW**, this 9th   day of June 2014, upon consideration of Defendant's Motion for Certification and Amendment of Order Pursuant to 28 U.S.C. Section 1292(b) and for a Stay of Proceedings Pending Appeal, filed on May 6, 2014 (ECF 16); Plaintiff's response thereto, filed on May 20, 2014 (ECF 17); and Defendant's Reply in Support of its Motion, filed on May 30, 2014 (ECF 18), and for the reasons set forth in the accompanying memorandum, it is hereby

**ORDERED** that Defendant's Motion is DENIED.

                                                        BY THE COURT:

                                                        /s/ Michael M. Baylson
                                                        _____
                                                        **MICHAEL M. BAYLSON, U.S.D.J.**

O:\Caitlin\Civil\13-6348 (Mullen)\2014.6.9 Order Denying Mot for Certification.docx