# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY MULLEN, | ) | |
| Plaintiff, | ) | Civil Action No. 2:14-cv-00917 (TFM) |
| v. | ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Harry Mullen in the above-named case hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion and Order of the Court on Defendant's Motion for Summary Judgment or, in the Alternative, to Assess Costs entered in this action on May 29, 2015.

Dated: June 19, 2015

Respectfully Submitted,

s/James H. Kaster
James H. Kaster (MN#53946)*
David E. Schlesinger (MN#0387009)*
NICHOLS KASTER, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
Email: kaster@nka.com
schlesinger@nka.com

*Admitted pro hac vice